## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**In re**

|  |  |
|---|---|
|  | ) |
|  | ) **DuPage County** |
| **Angelo J Colantonio; April D Colantonio,** | ) |
|  | ) **Chapter 13** |
|  | ) |
|  | ) **Hon. Donald R. Cassling** |
|  | ) |
| **Debtor(s).** | ) |
|  | ) **09-08604** |

## NOTICE OF FILING

To:      See attached Service List

On **May 6, 2014,** I filed with the Clerk of United States Bankruptcy Court, Northern District of Illinois, via electronic case filing, the attached RULE 3002.1(g) STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT, a copy of which is attached and is hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned attorney certify that on **May 6, 2014**, I served this notice and attachments to each person to whom it is directed, and in such manner as is indicated on the attached service list.

/s/ Jonathan N. Rogers

Jonathan N. Rogers
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008
(847) 590-8700
6243761

Service List


**Angelo J Colantonio**
**April D Colantonio**
701 Newport North
Roselle, IL 60172
By First Class Mail, postage prepaid


**Nathan E Curtis**
**Alex Wilson**
Law Offices Of Peter Francis Geraci
55 E. Monroe St. # 3400
Chicago, IL 60603
Via the Court's CM/ECF System


**Glenn B Stearns**
801 Warrenville Road
Suite 650
Lisle, IL 60532

Via the Court's CM/ECF System